1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MICHAEL PFINGSTEN,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CONVOY, INC.,** a Washington Corporation,<br><br>Defendant. | Case No. 2:23−cv−01629−BJR<br><br>**JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION -1

HAMMONDLAW, P.C.
1201 PACIFIC AVE SUITE 600
TACOMA, WASHINGTON 98402
Tel: (206) 707-9366
Fax: (310) 295-2385

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to
2   dismissal of Plaintiff's individual claims, and the claims of putative class members, without
3   prejudice, and without fees or costs to any party.

    Dated this 7th day of March, 2024

    _s/ Julian Hammond_                        _/s/ Mark M. Billion_
    Julian Hammond #52096              Mark M. Billion (admitted *pro hac vice*)
    HAMMONDLAW, P.C.                 BILLION LAW
    1201 Pacific Ave Suite 600             1073 S. Governors Ave.
    Tacoma WA 98402                   Dover, DE 19904
    Phone: 206.707.9366                Email: markbillion@billionlaw.com
    Email: jhammond@hammondlawpc.com
    Attorenys for Plaintiff

    Duncan C. Turner, WSBA #20597
    BADGLEY MULLINS TURNER, PLLC
    19929 Ballinger Way NE, #200
    Seattle, WA 98155
    Telephone: (206) 621-6566
    Email: dturner@badgleymullins.com
    *Attorneys for Defendant*

JOINT STIPULATION -2

HAMMONDLAW, P.C.
1201 PACIFIC AVE SUITE 600
TACOMA, WASHINGTON 98402
Tel: (206) 707-9366
Fax: (310) 295-2385